# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL D. STEVENSON,<br><br>　　　　　Petitioner,<br>　　v.<br><br>JOE A. LIZARRAGA, Warden,<br><br>　　　　　Respondent. | Case No. 2:22-cv-06823-MWF (AFM)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, records on file and the Report and Recommendation of United States Magistrate Judge.  Further, the Court has engaged in a de novo review of those portions of the Report to which Petitioner has objected.  Mr. Stevenson's objections do nothing to undermine the Report and Recommendation (at 5-9) as to the validity of either his sentence or his hearing before the California Board of Parole Hearings (the "Board").  Specifically, Mr. Stevenson has no constitutional right to counsel at the hearing; his views that the Board's decisions are racist or political are unsupported; and the Magistrate Judge's ruling on the ex post facto clause is correct.

Accordingly, the Court accepts the findings and recommendation of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

Dated: April 18, 2023

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE