JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL D. STEVENSON,<br><br>Petitioner,<br><br>v.<br><br>JOE A. LIZARRAGA, Warden,<br><br>Respondent. | Case No. 2:22-cv-06823-MWF (AFM)<br><br>**JUDGMENT** |

This matter came before the Court on the Petition of CARL D. STEVENSON, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

Dated: April 18, 2023

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE